UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
2016 SEP 12 P 1: 15
U.S. DISTRICT COURT
EASTERN DIST. TE...

David Faulkner )
)
)
)
(Enter above the NAME of the
plaintiff in this action.) )

3:16-cv-549

v. )

Warden Shawn Phillips )
Warden Corby Hornsby )
Unit Manager Fred Javel )
(Enter above the NAME of each
defendant in this action.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES (✓) NO ( )

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: David Faulkner

Defendants: Henry Steward Et, AL!

1

2. COURT: (If federal court, name the district; if state court, name the county): U.S. District Court Western District of TN

3. DOCKET NUMBER: 10\#-02722

4. Name of Judge to whom case was assigned: Richard Todd

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) Pending on Appeal

6. Approximate date of filing lawsuit: January 2010

7. Approximate date of disposition: Pending

II. PLACE OF PRESENT CONFINEMENT: Morgan County Correctional Complex

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? Filed Emergency Grievance

2. What was the result? Grievance Never Processed Apparently Thrown Away.

D. If your answer to B is NO, explain why not. N/A

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? Wrote TDOC Commissioner Parker, Warden Phillips, Warden Thrusby, TBI, FBI

2

As for the Requirement of a completed Grievance process be Civil Action, Plaintiff states under oath, That he filed several Emergency Grievances about the incidents described in this action, and that none have been processed. Plaintiff states under oath he put said Grievances in the Receptical but none are on file. So they must have been disposed because of what they alleged.

2. What was the result? No Action

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: David Faulkner # 447456

Present address: PO Box 2000 Wartburg, TN 37887

Permanent home address: 1976 Bent Creek Rd. Flowery Branch GA 30542

Address of nearest relative: 717 Juniper Way Hoover, AL

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Whitten Shawn Phillips

Official position: Warden

Place of employment: Morgan County Correction Complex

C. Additional defendants: (See Attached)

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

3

Warden Phillips, Shawn
Warden Gary, Haney
Warden Jeff Nance
Unit Manager Fred James
Unit Manager Doug Garrett
Captain Byrd
Captain Sims
Captain Jones
Captain Russell
Captain King
Captain Gibson
Green Team officer John Doe
Green Team officer John Doe
Green Team officers John Doe
Green Team officers John Doe
Green Team officers John Doe
Sgt. Smithers
Cpl. Byrd
Cpl. Saunders
C/O Caldwell
C/O Sexton
C/O John Doe
C/O John Doe
Corizon Mental Health Director Jane Doe
Dr. Dodd
Corizon Medical Director Jane Doe
Nurse Jane Doe

Nurse Jane Doe          CCO John Doe Law
Nurse Jane Doe                    Library
Nurse John Doe.
Nurse Jane Doe
CCO Tasha Harvey
Education Supervisor
    All Employed At Morgan

County Correctional Complex in

Wartburg, Tn   541 Wayne Cotton

Morgan Dr. Wartburg, Tn 37887

Claim (1) This civil action is about violations of my constitutional right to be free to access the courts, and to be free of cruel and unusual punishment.

Unit Manager Fred James, with approval of Wardens Shawn Phillips and Warden Gerry Lindamy in April of 2016 entered Plaintiffs cell. They removed all of Plaintiffs writing materials, ink pens and envelopes as well as all postage stamps. Defendant James stated "If you want paper, pens or envelopes it will all be kept in my office, and you will get it as I see fit."

On numerous occassions, I requested paper pen and envelopes and would wait sometimes 2 weeks for a reply.

Nowhere in policy of the Tennessee Dept of Corrections does it allow a staff member to hold an inmates writing materials and issue them out as

knowledge no other inmate in TDOC is subjected to this practice, only the Plaintiff. This practice continues to this day as of filing of this action.

**Claim 2** On August 7th 2014 Plaintiff left his cell #13 of Unit 1 Protective Custody of the Morgan County Correctional Complex for emergency sick call. I entered my cell, my door was locked. Approximately 10 minutes later, Sgt. Smithers, C/O Williams, Cpl Byrd and a unidentified officer entered my cell. I was stripped of my pants and underwear. I was then forcibly raped anally by Sgt. Smithers and C/O Williams. As the other 2 defendants stood look out.

I reported this incident to the Prison Rape Intervention Authority (P.R.E.A.). Nothing was done.

saw a nurse and reported my rape. A on camera examination was conducted. I requested that a DNA sample be preserved. I was told Dr. Heggy said not to take a DNA sample. I was placed back into my cell where I immediately filed an emergency grievance and wrote to my family. I also wrote to Warden Phillips, Warden Hamby, TDOC Commissioner Parker, Internal Affairs, FBI and TBI.

In retaliation, on 8-10-16 Defendant Inmer approached my cell with Sgt. Choatt, CCO Vestie, IRL NewBerry and 5 members of the "Green Team" who as of this filing have not been identified. Inmer stated "We are removing your property, you are on stripped cell." Inmer then stated that I was suicidal, I was taken to the suicide precaution tank.

(4)

On 7-10-16, I was released from Suicide Precautions. I was taken back to my cell in Unit 1 #13. I was held under threat of Tazer and told to remove my clothing, all of it. I was told I was being placed on a stripped cell. I was left in my cell, naked, not even a paper gown, no mattress, no sheets, blankets, nothing. I spent August 10th to August 22nd in this way. I was forced to sleep naked on a cold steel bed. I was given empty food trays nearly every meal. I had chest pains, was not seen. I threatened suicide but was told by Cpt. Byrd, that I did not have the guts to kill myself.

Over ___ days I was naked + in that cell, Duty Officer Garrott had a chance to intervene,

(5)

This torture, yet none did. I was treated worse that a terror suspect after 9/11, which has been deemed torture.

For these civil rights violation I file these actions.

Numerous medical staff, and mental health staff whom I cannot identify until the discovery process, failed to perform their job and intervene after seeing me naked on cold steel, some actually participated, names and defense will be identified in the discovery process.

Law Library staff in denying plaintiff access to legal materials out of retaliation

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

$90,000.00 in Punitive Damages.
$1,000,000.00 in Actual Damages.
Against each Defendant.

SIGNED THIS 23rd DAY OF August, 2016.

_____
SIGNATURE OF PLAINTIFF

5



David C. Faulkner
#447492
PO Box 2000
Wartburg, TN 37887

Legal Mail

Outgoing
SEP 09 2016
MCCX
Privileged

INSPECTED

RECEIVED
SEP 12 2016
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville



Clerk of United States District Court
Eastern District of Tennessee
800 Market St.